

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,441

**EX PARTE AUGUSTINE SALAZAR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 07-531-K368 IN THE 368TH DISTRICT COURT FROM WILLIAMSON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of cocaine and sentenced to fifty years' imprisonment. The Third Court of Appeals affirmed his conviction. *Salazar v. State*, No. 03-08-00164-CR (Tex. App.–Austin Oct. 29, 2009) (not designated for publication).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Third Court of Appeals in Cause No. 03-08-00164-CR that affirmed his conviction in Case No. 07-531-K368 from the 368th Judicial District Court of Williamson County. Applicant shall file his petition for discretionary review with the Third Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: November 3, 2010
Do not publish